IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAPRI LAWSON, et al., ) | |
| ) | Case 3:13-CV-00418 |
| Plaintiffs, ) | |
| ) | JUDGE SHARP |
| vs. ) | |
| ) | MAGISTRATE JUDGE BRYANT |
| 15th JUDICIAL DRUG TASK FORCE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| CASEY LAWSON, ) | |
| ) | Case 3:13-CV-00420 |
| Plaintiff, ) | |
| ) | JUDGE SHARP |
| vs. ) | |
| ) | MAGISTRATE JUDGE GRIFFIN |
| MIKE THOMPSON, et al., ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER ADMINISTRATIVELY CLOSING THE CASE

These matters are currently before the Court, the Court having issued a case management order on July 1, 2013 and the matters being set for trial on December 2, 2014.

The parties agree that the subject matter in the pending cases are closely connected and intertwined with pending criminal litigation in the Circuit Court of Smith County, Tennessee. Attorneys for the Plaintiffs in the criminal proceedings have requested that their clients refrain from participating in discovery while criminal litigation is pending.

Based on these factors and the agreements of the parties, the Court administratively closes this action pursuant to its inherent powers. Counsel for the Plaintiffs may reopen the case by notifying the parties and filing an Order. At that time a new case management order will be initiated by the Plaintiffs. Upon its reopening, the case then becomes *ipso*

*facto*, and would resume under the same status it had before the administrative closing without prejudice to the rights of any parties and interests.

> _____
> UNITED STATES DISTRICT JUDGE SHARP

APPROVED FOR ENTRY:

/s/Jim Todd   /s/Katie Hagan_____
Jim Todd
Katie Hagan
Hagan & Todd, PLLC
218 Third Avenue North, Suite 200
Nashville, Tennessee  37201

/s/Patrick Newsom_____
Patrick Newsom
214 Second Avenue North
Suite 105
Nashville, TN 37201

/s/Kathryn Olita   /s/Mark Nolan_____
Kathryn W. Olita
Mark Nolan
121 South Third Street
Clarksville, TN 37040

/s/Dawn Marie Jordan_____
Dawn Marie Jordan
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202

/s/Michael T. Schmitt_____
Michael T. Schmitt
Ortale, Kelley, Herbert & Crawford
200 Fourth Avenue North, 3rd Floor
Nashville, TN 37219

## **CERTIFICATE OF SERVICE**

　　I hereby certify that a true and correct copy of the foregoing document has been transmitted via the Court's electronic filing system to the Kathryn Olita, Mark Nolan, Dawn Marie Jordan, Michael T. Schmitt, on this the 24th day of July 2013.

　　　　　　　　　　　　　　　　s/ Patrick Newsom
　　　　　　　　　　　　　　　　Patrick Newsom